IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:99CR103-2 |
| | ) | (Financial Litigation Unit) |
| EVAN NORMAN DECKER, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TRINET HR CORPORATION, | ) | |
| Garnishee. | ) | |

## ORDER OF CONTINUING GARNISHMENT

THIS MATTER is before the Court on the Answer of Trinet HR Corporation as Garnishee. On December 14, 2000, the Honorable Richard L. Voorhees sentenced Defendant to forty-eight months incarceration for his conviction of Conspiracy to Commit an Offense Against the United States and Arson of Property Affecting Interstate Commerce and Aiding and Abetting the Same in violation of 18 U.S.C. §§ 371, 844(i), and 2. Judgment in the criminal case was filed on January 25, 2001 (Docket No. 50). As part of that Judgment, Defendant was ordered to pay an assessment of $200 and restitution of $1,116,321.46 to the victims of the crime. Id.

On December 10, 2012, the Court entered a Writ of Continuing Garnishment ("Writ") (Docket No. 57) to Garnishee, Trinet HR Corporation ("Garnishee"). The United States is entitled to a wage garnishment of up to 25% of net income and has satisfied the prerequisites set forth in 15 U.S.C. § 1673. Garnishee was served with the Writ on December 14, 2012. Defendant was served with the Writ on January 28, 2013. Garnishee filed an Answer on January 17, 2013 (Docket No. 61) stating that at the time of the service of the Writ, Garnishee had in their custody, control or possession property or funds owned by Defendant, including non-exempt disposable earnings.

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $1,076,720.05 computed through December 7, 2012. Garnishee will pay the United States 25% of Defendant's net earnings which remain after all deductions required by law have been withheld, and 100% of all 1099 payments, and Garnishee will continue said payments until the debt to the Plaintiff is paid in full, or until Garnishee no longer has custody, possession or control of any property belonging to Defendant, or until further order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to the Clerk of the United States District Court, 401 West Trade Street, Charlotte, NC 28202. In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:99CR103-2.

Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program any federal payment Defendant would normally receive may be offset and applied to this debt.

Signed: March 14, 2013

David C. Keesler
United States Magistrate Judge